### CUNNINGHAM *v.* MOZLEY & BUTLER.

FISH, J. The evidence was conflicting. That in behalf of the plaintiffs was sufficient to warrant the verdict in their favor. The trial judge was satisfied with the same, and this court will allow it to stand.

　　*Judgment affirmed. All concurring, except Cobb, J., absent.*

Argued February 14, — Decided March 23, 1898.

Complaint on account—appeal. Before Judge Gober. Cobb superior court. March term, 1897.

*J. Z. Foster,* for plaintiff in error.
*J. E. Mozley* and *C. H. Griffin,* contra.